# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MARTA CARRION CARRASQUILLO,<br><br>Plaintiff,<br><br>v.<br><br>MESSERLI & KRAMER, P.A.,<br><br>Defendant. | Case No. 18-CV-1094-JPS<br><br><br>**ORDER** |

On July 17, 2018, Plaintiff filed this action alleging violations of the Fair Debt Collection Practices Act and Wisconsin law. (Docket #1). The Court's records reflect that Defendant has not been served and has not appeared through counsel. On September 6, 2018, Plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs to either party. (Docket #4). Because Defendant has not yet served either an answer to the complaint or a motion for summary judgment, the Court will adopt Plaintiff's notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #4) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to either party.

Dated at Milwaukee, Wisconsin, this 10th day of September, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge